UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

Kareemah Bell-Boston, )
)
　　　Plaintiff, )
)
v. ) Civil Action No. 08 0791
)
Second District Metropolitan Officer, )
)
　　　Defendant. )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject-matter jurisdiction.

The subject-matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Landover, Maryland, alleges that an officer of the D.C. Metropolitan Police Department ("MPD") assaulted her when he responded to her call to MPD about her encounter with a woman at the Chevy Chase Pavilion Mall on Wisconsin Avenue, N.W., in the District of Columbia. The complaint does not allege a violation of either the Constitution or federal law nor does it provide a basis for diversity jurisdiction inasmuch as

plaintiff has not demanded any amount of monetary damages. Accordingly, the complaint will be dismissed by separate Order issued contemporaneously.

Date: April 29, 2008

*[signature]*
United States District Judge