UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Kareemah Bell-Boston, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Second District Metropolitan Officer, )<br>)<br>Defendant. ) | Civil Action No. 08 0791 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

_____
United States District Judge